## Page 1

```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF TEXAS
           HOUSTON DIVISION
ARTHUR McKENZIE          )
                         )CIVIL ACTION
VS.                      )NO. 4:08-CV-002286
                         )
PETROLEUM SERVICES CORPORATION )

***********************************************

              ORAL DEPOSITION OF
              ARTHUR McKENZIE, JR.
                 JULY 22, 2009

***********************************************




        Reported by Phyllis Loy, CSR, RMR
                   Job No. 77451
```

## Page 2

1      ORAL DEPOSITION OF ARTHUR McKENZIE, JR.,
2  produced as a witness at the instance of the
3  Defendant, and duly sworn, was taken in the
4  above-styled and numbered cause on JULY 22, 2009, from
5  11:15 to 4:01, before Phyllis Loy, CSR in and for the
6  State of Texas, reported by stenotype machine, at the
7  offices of Davis & Associates, 1314 Texas Avenue,
8  Suite 608, Houston, Texas, pursuant to the Federal
9  Rules of Civil Procedure.

## Page 3

```
              A P P E A R A N C E S

FOR THE PLAINTIFF:

    Ms. Deshonda Charles Tackett
    Davis & Associates
    1314 Texas Avenue, Suite 608
    Houston, Texas  77002
        Telephone:  713.227.2727
        Facsimile:  713.227.2827
        E-mail:     dctackett@ejdavislaw.com


FOR THE DEFENDANT:

    Mr. Thomas H. Kiggans
    Phelps Dunbar
    400 Convention Street, Suite 1100
    Baton Rouge, Louisiana  70821
        Telephone:  225.346.0285
        Facsimile:  225.381.9197
        E-mail:     tom.kiggans@phelps.com

    And

    Mr. Andrew A. Woellner
    Phelps Dunbar
    700 Louisiana Street, Suite 2600
    Houston, Texas  77002
        Telephone:  713.626.1386
        Facsimile:  713.626.1388
        E-mail:     andrew.woellner@phelps.com


ALSO PRESENT:  Ms. Marsha P. Ramsey
```

## Page 4

INDEX
                                    PAGE

Appearances . . . . . . . . . . . . . . . . . . .   3

ARTHUR McKENZIE, JR.
    Examination by Mr. Kiggans . . . . . . . .   6

Signature and Changes . . . . . . . . . . . . . 177

Reporter's Certificate  . . . . . . . . . . . . 179

               EXHIBITS
NO.        DESCRIPTION                         PAGE
Exhibit 1   Tankerman Training School . . . . .  89
Exhibit 2   Tankerman Career Academy. . . . . .  91
Exhibit 3   Certificate of Completion . . . . . 104
Exhibit 4   U.S. Merchant Mariner's Document. . . 16
Exhibit 5   Certificate of Training . . . . . . 105
Exhibit 6   Application for Employment. . . . . 110
Exhibit 7   PSC Policy Sign-Off Sheet . . . . . 114
Exhibit 8   Employee Handbook . . . . . . . . . 118
Exhibit 9   Transfer Record . . . . . . . . . . 123
Exhibit 10  Excuse/Work Status Report . . . . . 124
Exhibit 11  Agreement to Advance Wages. . . . . 126
Exhibit 12  Quality Report. . . . . . . . . . . 133
Exhibit 13  Termination Record. . . . . . . . . 148
Exhibit 14  Single Barge Loading. . . . . . . . 152

Page 5

| | | |
|---|---|---|
| Exhibit 15 | Chapter 11 Examination Transfer Plans | 153 |
| Exhibit 16 | Dismissal Form | 154 |
| Exhibit 17 | Letter, 4/20/07 | 159 |
| Exhibit 18 | Charge of Discrimination | 164 |
| Exhibit 19 | Affidavit of Mr. Arthur McKenzie | 164 |
| Exhibit 20 | Dismissal and Notice of Rights | 168 |
| Exhibit 21 | Crowley Employment Application | 169 |
| Exhibit 22 | Plaintiff's First Set of Objections And Responses to Defendant's First Set of Interrogatories to Plaintiff | 171 |

Page 6

           ARTHUR McKENZIE, JR.,
having been first duly sworn, testified as follows:
                  EXAMINATION
BY MR. KIGGANS:
    Q.   Would you state your full name, please.        11:15
    A.   Full name is Author Vennous McKenzie, Jr.
    Q.   Your father has the same name except for the
junior?
    A.   Exactly.
    Q.   Did he work as tankerman?                      11:16
    A.   No, he did not.
    Q.   Do you know an Arthur McKenzie besides
yourself that worked as tankerman?
    A.   No, I do not.
    Q.   Now, Mr. McKenzie, you're the plaintiff in     11:16
the lawsuit that has been filed against Petroleum
Service Corporation.  Correct?
    A.   Yes, that is correct.
    Q.   We call it SGS.  Now, do you understand if I
say SGS, I'm talking about -- there was acquisition.    11:16
I'll just explain it to you.  A company called SGS
acquired Petroleum Service Corporation.  So if I say
SGS, I'm still talking about Petroleum Service
Corporation, the company you worked for.  And I know
sometimes we refer to Petroleum Service Corporation as  11:16

Page 7

PSC.  So I'll try to clarify that as we go along, but
if I say SGS, I'm still talking about the company you
used to work for, that you sued in this case.
           Now, we introduced ourselves off the record.
You are the plaintiff in the lawsuit that has been       11:17
filed against Petroleum Service Corporation.  Correct?
    A.   That is correct.
    Q.   Again, even though we have done this off the
record, my name is Tom Kiggans.  Sitting two people
down from me is Drew Woellner.  I forgot how to          11:17
pronounce it.  But we're both with the law firm of
Phelps Dunbar.  Do you know Marsha Ramsey, who is
sitting directly to my left?
    A.   Yes, I do.
    Q.   She was the director of human resources for     11:17
SGS at the time you were employed there.
    A.   Yes.
    Q.   Okay.  And you've met Ms. Ramsey before?
    A.   I believe, yes, I have.  She came to Houston
once and I met her there and I have spoken with her on   11:17
the phone.
    Q.   Okay.  You're appearing here today pursuant
to a notice to give your deposition in this case that
you filed against SGS.  And I want to go over some of
the ground rules.  Have you ever given a deposition      11:17

Page 8

before?
    A.   No.  This is my first time.
    Q.   Well, just to explain, you are under oath.
Even though we're in a conference room, it's just as
if you were in a court of law so you're required to      11:18
tell the truth.
    A.   Okay.
    Q.   Our purpose in taking your deposition is
twofold.  One is if your story changes between now and
the time this case goes to trial, if it goes to trial,   11:18
we would use that to impeach your creditability.  Do
you understand that?
    A.   I do.
    Q.   And our other purpose is to get a complete
and accurate description of your claims so we want to    11:18
do that.  I don't want to cut you off.  If I cut you
off at any point, you can tell me.  You're free to
tell me, "I'm not through.  I need to finish my
answer."  And by the same token if there will come a
time in the deposition that I'll ask you questions       11:18
like, "Is there anything else?  Is there anything
else," I'm not trying to belittle what you have
already told me.  It's that's the way that I like to
get everything that you have that relates to your
claims.                                                  11:18

Page 9

1   A.   Okay.
2   Q.   And one final rule. In that regard, in our
3   attempts to get a complete and accurate description of
4   your claims, if there is anything -- if there is a
5   question that I don't ask -- that I ask that you don't          11:19
6   understand, you can ask me to repeat it or rephrase
7   it.
8   A.   Okay.
9   Q.   You'll do that?
10  A.   Yes, I will.                                                11:19
11  Q.   One other thing. You have done very well so
12  far. In casual conversation we oftentimes say
13  "uh-huh" or "huh-uh" or we shake our heads "yes" or
14  "no" or something like that. That's not -- that
15  doesn't come out well on a transcript. So there may            11:19
16  be times, and I'm pretty good at remembering this, but
17  if you say "huh-uh" or "uh-huh," I'll probably say,
18  "Is that a 'yes' or is that a 'no'?"
19  A.   I understand.
20  Q.   That's my only purpose in doing that. And       11:19
21  Drew is going to remind me if I don't do that
22  sometimes. What is your date of birth?
23  A.   July of 30th, 1966.
24  Q.   Happy birthday almost.
25  A.   Almost.                                                    11:19

Page 10

1   Q.   What's your Social Security number?
2   A.   It's 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.
3   Q.   And your driver's license number?
4   A.   11574065.
5   Q.   And that's a Texas driver's license?               11:20
6   A.   Yes, that's correct.
7   Q.   Now, you still live -- what is your current
8   address?
9   A.   2326 South Beverly Circle.
10  Q.   Where?                                                     11:20
11  A.   I'm sorry. Stafford, Texas. ZIP code is
12  77477.
13  Q.   And how long have you lived there?
14  A.   I've lived there about -- over eight years.
15  Q.   And who lives there with you?                              11:20
16  A.   My wife, Veronica McKenzie.
17  Q.   What's her maiden name?
18  A.   Veronica Calvin.
19  Q.   Anyone else live there?
20  A.   Yes. Brittany McKenzie is my daughter.                     11:20
21  Q.   How old is she?
22  A.   She's 19. There is Ayanna McKenzie, 8 years
23  old.
24  Q.   Is that a boy or girl?
25  A.   That's a female.                                           11:20

Page 11

1   Q.   You said girl. Okay. Anyone else?
2   A.   No.
3   Q.   How long have you and Ms. Veronica McKenzie
4   been married?
5   A.   Nine years -- coming up on nine years.                     11:21
6   Q.   Ayanna is the child between the two of you?
7   A.   Yes.
8   Q.   And Brittany, does she have a different
9   mother?
10  A.   No.                                                        11:21
11  Q.   Have you been married before?
12  A.   No.
13  Q.   Have you been separated from Veronica before?
14  A.   Yes, I have.
15  Q.   When was that?                                             11:21
16  A.   I'm not really sure of the exact dates.
17  Prior to us getting married, we were not together for
18  about 10 years.
19  Q.   I knew in your personnel file with SGS there
20  had been a child support order.                                 11:21
21  A.   Yes. There is child support for her, but I'm
22  paying child support for a son also.
23  Q.   Okay. And who is that?
24  A.   That's Dante McKenzie.
25  Q.   And who is his mother?                                     11:22

Page 12

1   A.   Bernice Conrad.
2   Q.   And how old is Dante?
3   A.   Dante is 13.
4   Q.   Do you still pay child support for him?
5   A.   Yes, I do.                                                 11:22
6   Q.   And how much is that?
7   A.   I'm paying $400 a month.
8   Q.   Where does he live?
9   A.   He lives at 6727 Briargate Drive, Missouri
10  City, Texas, 77489.                                             11:22
11  Q.   Missouri City is where my first two children
12  were born.
13  A.   Okay.
14  Q.   He lives there with his mother?
15  A.   Yes, he does.                                              11:22
16  Q.   Do you have any other children besides these
17  three?
18  A.   No. That is it.
19  Q.   I understand you're currently -- although you
20  live in Stafford, do you currently work in New York?    11:22
21  A.   I currently work out of the New York office.
22  Q.   Who do you work for?
23  A.   I work for Bouchard Transport.
24  Q.   Can you spell that?
25  A.   B-o-u-c-h-a-r-d.                                           11:22

Pages 9 to 12

Page 13

```
 1   Q.  What do you do for Bouchard Transport?
 2   A.  I am a barge mate/tankerman.
 3   Q.  How long have you worked for Bouchard?
 4   A.  In October it will be two years.
 5   Q.  So you started in October of '07?              11:23
 6   A.  Yes.
 7   Q.  What is your current rate of pay?
 8   A.  I'm making 290 a day.
 9   Q.  And how many days a month do you work?
10   A.  I work 30 days on, 15 days off.               11:23
11   Q.  Do you remember what your earnings were in
12  2008?
13   A.  2008 was the same rate.
14   Q.  I know.  But for the whole year?
15   A.  For the whole year.                           11:23
16   Q.  Do you --
17   A.  I don't have that exact.  I don't have that
18  information.
19   Q.  Can you give us an estimate?
20   A.  I would say 70, 70,000.                       11:23
21   Q.  You're making more with Bouchard than you
22  were making for SGS?
23   A.  Yes, that's correct.
24   Q.  You have been making about 70,000 a year
25  since you started with them?                       11:24
```

Page 14

```
 1   A.  Yes.
 2   Q.  Have you had any pay increases?
 3   A.  Yes, I have.
 4   Q.  And what are those?
 5   A.  It's been -- that depends on which boat I'm   11:24
 6  working on.  I've been upgraded to third mate, which
 7  puts me at 311 a day.  And that depends on if I'm
 8  working with another mate.  We're like shorthanded so
 9  when I'm working as what they call the third mate, I'm
10  making 311.  It depends on who comes in.  There is   11:24
11  people who have been there longer and have a different
12  endorsement.  So when they are on, they bump me back
13  to like entry-level pay.
14   Q.  What endorsements are you talking about?
15   A.  I'm talking about like an able-bodied seaman.  11:24
16   Q.  These are Coast Guard endorsements?
17   A.  Yes.
18   Q.  When did you get your AB -- I'll call it AB.
19   A.  I don't have my AB.
20   Q.  What endorsements do you currently have with   11:25
21  the Coast Guard?
22   A.  I have a Tank PIC.
23   Q.  That stands for person in charge?
24   A.  Person in charge, with an OS.
25   Q.  What's OS?                                     11:25
```

Page 15

```
 1   A.  OS means ordinary seaman with a DL, which is
 2  dangerous liquid.  There's some more.
 3   Q.  Do you still have your card?
 4   A.  Yes, I do.  I just renewed it also.  That's
 5  it.                                                 11:25
 6   Q.  Let the record reflect Mr. McKenzie has just
 7  handed me a copy of his Coast Guard card -- Coast
 8  Guard card.  On the front it has his picture and
 9  titled U.S. Merchant Mariner's Document.  And this one
10  actually says it expires February 25, 2010.  You just 11:25
11  had this updated, though?
12   A.  I just went to the Coast Guard's office to
13  get the process going.  It takes about five or six
14  months after the background checks and various
15  information.                                        11:26
16   Q.  I'm sorry.  I didn't mean to interrupt you.
17  As I understand, these cards are issued for five
18  years.
19   A.  Yes, they are for five years.
20   Q.  This is the card -- the card that you just    11:26
21  handed me is the card you got upon completion of the
22  Tankerman Career Academy sponsored by Petroleum
23  Services?
24   A.  That's correct.
25   Q.  And on the back -- let me just -- I'm a       11:26
```

Page 16

```
 1  little bit out of order, but that's okay.  It's not
 2  going to matter on the record.  I'm going to hand to
 3  you and your attorney here.
 4       MR. KIGGANS:  Ms. Tackett, I'm going to
 5  tell you I have copies for you, but you may want to  11:26
 6  rewrite the exhibit numbers on them because the
 7  exhibit sticker on some of these is the exhibit
 8  sticker used with the Statement of Position to the
 9  Equal Employment Opportunity Commission.  But for the
10  deposition, I've renumbered them.  What I'm handing to 11:27
11  you says "Exhibit 8" on the bottom, but for the
12  deposition it's going to be Exhibit 4.  I know that's
13  confusing, but I've just written over mine and put a 4
14  there.
15       (McKenzie Exhibit 4 marked.)                   11:27
16   Q.  Mr. McKenzie, I've handed to you what I have
17  re-marked as Deposition Exhibit No. 4, which I
18  think -- please verify for me -- is that a correct
19  copy of the card that you have just handed me?
20   A.  Yes, it appears to be correct.                 11:27
21   Q.  The top of it is the front of your card and
22  underneath that actually copied upside down is the
23  back of your card.  Correct?
24   A.  That is correct.
25   Q.  And this would have been issued -- if they    11:27
```

ORAL DEPOSITION OF ARTHUR McKENZIE, JR.

## Page 17

1  are for five years, this would have been issued in
2  February of 2005.
3      A.  Yes, I would like to say that from my
4  recollection.
5      Q.  How did you go about renewing this card?    11:28
6      A.  You have to get an application, fill out the
7  application, also bring a letter. I had to bring a
8  letter from Bouchard, which is called a sea letter. I
9  filled that out. And I guess from that point on they
10 send it off to Virginia, I believe, and it's just a    11:28
11 long process. But it's an application for renewal.
12     Q.  You went about doing the application yourself
13 this time?
14     A.  Yes, I did. You have to take a physical.
15 And with the physical, they took a urine analysis.    11:28
16 You have to take a physical in order to renew. So I
17 just took care of all that.
18     Q.  You did it yourself?
19     A.  Well, they send you to a clinic to go. So
20 you go get an application. You fill out that    11:29
21 application. They send you to a Coast Guard-approved
22 clinic where you do the physical for the Coast Guard.
23 You bring those results back and you submit it to the
24 Coast Guard office, along with your application.
25     Q.  Okay.    11:29

## Page 18

1      A.  And then you wait for the processing, which
2  is about five, six months.
3      Q.  I guess my question is: Did you do that
4  yourself or did Bouchard do that for you?
5      A.  No. I did that myself.    11:29
6      Q.  What Coast Guard office did you go to?
7      A.  I went to the one on 45 and I want to say
8  Monroe. I don't know the exact location of the
9  address. It's here in Houston.
10     Q.  Now, the endorsements, let's look at    11:29
11 Exhibit 4. I'm going to have to turn it over since
12 the back side is copied upside down. But the
13 endorsements are the fourth line down. Correct? That
14 starts with --
15     A.  Yes, that is correct, Tank-PIC.    11:29
16     Q.  -- Tank-PIC. And that's the endorsement that
17 you said stands for Tankerman Person in Charge?
18     A.  Yes.
19     Q.  That's the endorsement that enables you to
20 work as a tankerman. Correct?    11:30
21     A.  That works as tankerman.
22     Q.  Then in parentheses it says "(barge-DL).
23 That's a separate endorsement?
24     A.  No. It's same endorsement. What that does
25 is allows me to work on barges that are considered to    11:30

## Page 19

1  have dangerous liquids.
2      Q.  And then the OS is the one for ordinary
3  seaman?
4      A.  Yes.
5      Q.  What is the wiper? What does that mean?    11:30
6      A.  That I'm not sure.
7      Q.  What about the SD(FH)?
8      A.  The FH means -- I know the FH stands for fire
9  something. I'm not sure what the SD is for.
10     Q.  But all of these endorsements were the ones    11:30
11 that you got upon completion of the Tankerman Career
12 Academy with Petroleum Service Corporation?
13     A.  That is what I did receive.
14     Q.  How many of these endorsements do you use on
15 your current job?    11:30
16     A.  The OS allows me access to the marine
17 industry as being ordinary seaman. I currently do
18 dangerous liquid, transporting six oil, gasoline,
19 which is considered dangerous liquids. Those are the
20 two that -- and being a PIC, being able to sign the    11:31
21 DOI, Declaration of Inspection, as a document that's
22 mandatory from the Coast Guard in order to start a
23 load or discharge.
24         So I would say the Tankerman-PIC with the DL
25 and the OS allows me to do what I do now.    11:31

## Page 20

1      Q.  Do you actually do the loading and unloading
2  now or are you working more as an able-bodied seaman?
3      A.  No. I do it from finish to start.
4      Q.  You do it all?
5      A.  I do all of it.    11:31
6      Q.  Did you do any of the able-bodied seaman work
7  with Petroleum Service Corporation?
8      A.  No.
9      Q.  Or were you acting as a temp?
10     A.  No. Actually, to get an AB, you have to take    11:32
11 additional courses, which I'm scheduled to take that
12 here soon. All that would do is -- in order to become
13 an AB, you have to have so many hours at sea. So when
14 I was at PSC, I didn't qualify for an AB. You have to
15 get sea time.    11:32
16     Q.  I apologize. You said that at the beginning.
17 You're not -- you don't have the AB?
18     A.  I don't have an AB yet. If I did have an AB,
19 then my rate would change, my rate of pay. As you get
20 more endorsements per your MMD, it allows you to make    11:32
21 more money because you're qualified to do more work.
22     Q.  What does the OS endorsement permit you to
23 do?
24     A.  An OS is pretty much entry level. It allows
25 you to even be able to work out offshore. I could    11:32

Pages 17 to 20

Page 21

1  be -- you could being a deckhand.  I mean, you do have
2  to have an OS to be able to even be in the marine
3  industry in order work on board a boat or ship.
4     Q.   Help me.  I'm not real familiar with the
5  marine industry.  I know some about it.  But the OS                11:33
6  entitles you to work on the vessels offshore.
7  Correct?
8     A.   Offshore or shoreside also.
9     Q.   Do you need that to be a tankerman that works
10 dockside that simply loads?                                         11:33
11    A.   I believe you have to have the Tankerman-PIC.
12 Ordinary Seaman, that's all that stands for.  That is
13 almost like a entry-level endorsement that is
14 stenciled on your license in order to have access to
15 the marine industry.                                                11:33
16    Q.   In the two years you have worked or
17 approximately two years you have worked for Bouchard,
18 have you had any opportunities to deal with liquefied
19 gases?
20    A.   No, I have not been able to.                                11:33
21    Q.   Does Bouchard load or unload liquefied gases?
22    A.   No, they do not.
23    Q.   Why is that?
24    A.   They just don't have the contract for it.
25 I've heard that there is talks of them looking to get               11:34

Page 22

1  into that business.  And it's in, I guess, the
2  coordinating stages now.  But when I hired on, if I
3  had an LG and they perform LG-type work, then I would
4  be able to qualify or I could apply specifically for
5  that.                                                               11:34
6     Q.   And how would you do that?
7     A.   Looking at their job openings.  If it's a
8  liquefied gas-type tankerman that they need, then if I
9  had an LG endorsement, I could apply for that
10 particular piece of equipment and work specifically                 11:34
11 liquefied gas.  There are companies out there that do
12 strictly liquefied gas.
13         In my pursuit in moving on as far as the
14 marine industry, I was unable to apply for liquefied
15 gas tankerman because I wasn't qualified to do that,                11:34
16 because I didn't have the endorsement on my MMD.  So I
17 could only do dangerous liquids as a tankerman.
18    Q.   What is your understanding -- well, let me
19 ask you another question.
20         Besides Bouchard, you worked for one other                  11:35
21 company subsequent to the time of your employment --
22    A.   Yes.
23    Q.   -- with Petroleum Services Corporation ended.
24 Correct?
25    A.   Yes.                                                        11:35

Page 23

1     Q.   What company was that?
2     A.   That was Crowley.  I was in the Western
3  Alaska division.
4     Q.   You actually went to Alaska?
5     A.   Yes, I did.                                                 11:35
6     Q.   When did you work for Crowley?
7     A.   I don't have those dates exactly.  I only
8  worked for them for -- I believe it was three months,
9  but I don't have the dates exactly in front of me.
10    Q.   What was the reason your employment with                    11:35
11 Crowley ended?
12    A.   Actually, I had a death in the family and I
13 was still in the probationary period.  And so when I
14 left because of the death of in family -- I had -- my
15 grandmother passed.  So when I went home, it was                    11:35
16 pretty much at the tail end of the season.  That was
17 just seasonal work.
18         When you work in Alaska, it gets so cold
19 there.  So they only need you for a short period of
20 time.  I kind of came in at mid-season.  If I was to                11:36
21 hire on the full season, I probably would have been
22 working there maybe five or six months.
23         But at any rate, we were kind of at the tail
24 end of the season.  Because I took that leave of
25 absence or whatever, they just did not call me back.                11:36

Page 24

1  But I am still currently active with Crowley.
2          And when the new season came up, I could have
3  went back to Crowley if I wish to do so, but I had
4  already found a job here in New York.  So meaning I'm
5  still on an active, good-standing employee with                    11:36
6  Crowley.  I just didn't accept the position to go back
7  afterwards.
8     Q.   Okay.  Your employment with Petroleum Service
9  Corporation ended in February of '07.  Correct?
10    A.   Yes.                                                        11:36
11    Q.   So you worked for Crowley for about three
12 months.  You think it was within three or four months
13 after your employment with PSC ended?
14    A.   Yes, I want to say -- you know what?  It was
15 in June.  I hired on with Crowley in June.                          11:37
16    Q.   Then you started with Bouchard in October of
17 '07?
18    A.   That same year, right, right.  I want to say
19 it's the same year.
20    Q.   So you have -- basically since your                         11:37
21 employment with PSC ended, you have only had about
22 four months of unemployment?
23    A.   Four months of unemployment, which I didn't
24 even file for unemployment.  I was able to sustain.  I
25 didn't have any financial problems or anything.  I was              11:37

Pages 21 to 24

Page 25

1 good.
2 Q. What was your rate of pay with Crowley?
3 A. With Crowley, I was making 3 -- no. 285. I
4 was making 285.
5 Q. A day? 11:37
6 A. A day.
7 Q. Have you always been paid on a day rate?
8 A. Yes. When you're offshore, it's pretty much
9 the whole industry operates off of daily wages.
10 Q. Did you work as a tankerman for Crowley as 11:38
11 well?
12 A. Yes, I did. I was the only tankerman in my
13 fleet.
14 Q. Did Crowley -- did they do any loading or
15 unloading of liquefied gases? 11:38
16 A. Not that I know of.
17 Q. Isn't it true that in the tankerman industry,
18 dangerous liquids make up about 90 to 95 percent of
19 the transfers that are done, or do you know?
20 A. I can't say that because I don't know. I'm 11:38
21 not sure. But there is work in liquefied gas, just as
22 well as dangerous liquids.
23 Q. During the time that you were working for the
24 Petroleum Service Corporation, how many transfers of
25 liquefied gas -- do you know how many transfers -- how 11:38

Page 26

1 many jobs they got of transfers of liquefied gas?
2 A. Repeat the question.
3 Q. Yeah, that was a bad question. Thank you. I
4 know you said that Bouchard doesn't do any transfers
5 of liquefied gas. Crowley, as I understand, doesn't 11:39
6 do liquefied gas transfers.
7 A. I can't say that they don't.
8 Q. You don't know?
9 A. I'm not sure, because I hired on -- when I
10 applied, it was for -- they were looking for an OS 11:39
11 with a DL endorsement. So that's when I Googled or
12 looked up Crowley from their home page to apply for a
13 position. I was only applying for things that I
14 qualified for. I have no idea whether they do it or
15 not. I'm not sure. 11:39
16 Q. Do you have any idea what percentage of PSC's
17 work involved liquefied gases during the time you were
18 working for them?
19 A. No, I do not.
20 Q. Do you know if it was increasing or 11:39
21 decreasing during your employment?
22 A. I heard that they had consistently had
23 contracts with or dedicated runs of dangerous
24 liquefied gas.
25 Q. Who did you hear that from? 11:40

Page 27

1 A. That was just the talk amongst tankerman. I
2 want to say it was in the area called Chocolate Bayou.
3 There was a lot of liquefied gas there. Also, when I
4 was in Corpus Christi, I understand even -- I'm not
5 sure to this day. I was with the understanding from 11:40
6 people in the Corpus Christi group that there was
7 liquefied gas work in Corpus Christi, which sometimes
8 they would transfer tankermen from Houston to Corpus.
9 Q. Do you remember who told you that?
10 A. I'm going to say Antonio Chandler, who was -- 11:40
11 he was a tankerman at PSC at one time.
12 Q. He wasn't a supervisor?
13 A. No, no supervisor. I remember of an instance
14 where there was liquefied work being done in Chocolate
15 Bayou, where there was a tankerman who requested -- he 11:41
16 was trying to get his LG endorsement as well. What he
17 did, he had spoken with his supervisor to see if they
18 could possibly send him to Chocolate Bayou because it
19 was slow, where he can at least get the training.
20 Q. And who was that? 11:41
21 A. Mike Monroe.
22 Q. Do you know who he requested that from?
23 A. No, I do not. I would seem to think that
24 would be his immediate supervisor, which --
25 Q. Do you remember who it was? 11:41

Page 28

1 A. It's either Roman or -- who is the other guy?
2 My supervisor is Dela Cruz. I can't think of the
3 third supervisor's name at this point.
4 Q. Mason Dela Cruz?
5 A. Yeah. Mason was my mediate supervisor. 11:42
6 Q. Was he your supervisor the entire --
7 A. He was my supervisor the entire time.
8 Q. One other rule about deposition, we're not
9 supposed to talk over each other.
10 A. I'm sorry. 11:42
11 Q. That's okay. I was going to tell you to let
12 me finish the question.
13 A. Okay.
14 Q. Just so our record is clear, Mason Dela Cruz
15 was your supervisor the entire time you worked for 11:42
16 Petroleum Service Corporation?
17 A. Yes.
18 Q. And you can see despite my instructions at
19 the very beginning, I keep slipping back into calling
20 it PSC instead of SGS. But we all know who we're 11:42
21 talking about. I want to make sure we understand
22 that.
23 Do you know who worked at -- what tankerman
24 worked for Petroleum Service Corporation at Chocolate
25 Bayou? 11:42