# Table of Contents

About the Tankerman Career Academy (TCA) ........................................... 3
- Purpose
- About PSC

The Role of the Tankerman .................................................................. 4
- Duties and Responsibilities
- Required Skills and Abilities
- Work Schedule
- Job Conditions and Work Environment
- Equipment Required

Admission Requirements and Procedures ...................................... 6
- Minimum Student Qualifications
- Student Information Sessions
- Entrance Testing Requirements
- Required Drug Screen
- Enrollment Agreement
- Credit for Previous Education or Experience

Tuition and Fees ...................................................................... 7
- Tuition
- Administrative Processing Fee
- Withdrawal within the Announced Trial Enrollment Period
- Withdrawal after the Announced Trial Enrollment Period

Financial Assistance ................................................................. 9

Training Schedule ................................................................. 10
- Orientation
- Field Training – The Trial Enrollment Period
- Field Training – After Trial Enrollment Period
- Classroom Training
- Class Size

Subjects of Study ................................................................. 12
- Orientation
- Field and Classroom Training

Satisfactory Academic Progress ........................................... 13
- Job Performance Assessments (JPA's)
- Safety Observations
- TOPS Scores

AM 0046



# Table of Contents (continued)

Compensation During Training...................................................................15
- Wages
- Holiday Pay
- Travel Expenses
- Benefits

Attendance and Graduation Requirements................................................16
- Attendance
- Graduation Requirements
- Maximum Time Frame for Program Completion
- Job Opportunities upon Graduation

Credentials and Accreditation ...................................................................17
- MMD (Merchant Mariner's Document)

School Policies and Procedures..................................................................18
- Administration Policies
- Non-Discrimination
- Anti-Harassment
- Advising
- Conduct
- Disclaimer of Warranties
- Limitation of Liability

AM 0047

## About the Tankerman Career Academy (TCA)

Consider the possibilities of a new career in the tankerman industry. Steady work, above-average earnings potential, Coast Guard-certified training, and the support of a team of top-notch industry professionals—all yours with the successful completion of Petroleum Service Corporation's TANKERMAN CAREER ACADEMY (TCA).

Our purpose is simple: **We train people to be the best tankermen in the industry.** Our proven approach includes classroom and one-on-one field instruction in a fast-paced yet thorough learning environment designed to have new tankermen job-ready in only four months. Upon successful completion of the program, participants will receive a Merchant Mariner's Document (MMD) issued by the United States Coast Guard. Training is offered in Baton Rouge, Louisiana and Houston, Texas.

### About PSC

Founded in 1952, PSC (Petroleum Service Corporation) is the oldest and largest tankerman service in the country, responsible for the safe loading and unloading of approximately 35,000 barges annually. We also operate over 45 marine dock facilities and provide a variety of in-plant product handling services including tank car and truck loading, rail operations, tank farm operations, and related shipping services.

Our customers include major oil refineries, chemical companies, terminal operators, and barge lines. We believe the stable, long-term relationships we enjoy with our customers are a measure of the success of our operations and the value of our services.

Today, the PSC family includes over 800 dedicated employees strong in their commitment to our mission: **"Simply to be the best at what we do."**

AM 0048


©2003 Petroleum Service Corporation

3

## The Role of the Tankerman

### Duties and Responsibilities

Only a Coast Guard-certified tankerman may conduct cargo transfer operations of petroleum and chemical products to and from barges; therefore, the tankerman's role is critical to our nation's petroleum and chemical shipping industry. The special skills and abilities of a tankerman are also critical in protecting America's waterways by ensuring that there are no mishaps during transfer operations.

### Required Skills and Abilities

To succeed as a tankerman for Petroleum Service requires that a tankerman must be:

- Able to communicate verbally clearly
- Able to work an on-call schedule
- Able to work outdoors
- Able to lift and maneuver cargo arms and hoses, handle barge mooring lines, and ascend and descend ladders and gangways to board vessels
- Able to complete detailed paperwork accurately and timely
- Able to perform at the highest level without direct supervision
- Self-motivated, mature, and dependable
- Completely free of any inclination to use elicit drugs or to abuse alcohol

### Work Schedule

PSC's work schedules are designed to meet industry demand – around the clock, 365 days a year. Currently, PSC tankermen work a "6 & 3" schedule (six days of work followed by three days off). Students must be available for instruction, as determined by their assigned schedule.

Students may also choose to work on designated "off days," with supervisory approval. For more information, please see PSC's Employee Handbook, "Attendance and Punctuality."

### Job Conditions and Work Environment

Students should expect, and must be able to train in, the following environmental conditions for extended periods:

- Exposure to all climatic conditions typical of the geographical region in which you are assigned to work, at night time as well as in day time
- Noise levels that require hearing protection
- Vibration
- Moving machinery, electrical current and, elevated work
- Hazardous breathing atmospheres that require respiratory protection

AM 0049

©2003 Petroleum Service Corporation

**TANKERMAN CAREER ACADEMY**

Additionally, in some situations, for protection against the elements or to prevent exposure to harmful cargo or vapor, students must be able to train in the above conditions while wearing certain items of PPE (Personal Protective Equipment), such as a chemical suit, an SCBA, a full-face respirator, etc., as required. The PPE may intensify the physical and mental stresses of the task(s) being performed.

### Equipment Required
TCA will furnish the student with the PPE, tools and apparel – including boots and gloves – that are necessary to work safely during the Trial Enrollment period. However, the issue of some equipment may be deferred until after the Trial Enrollment period ends.

AM 0050


©2003 Petroleum Service Corporation

. **TANKERMAN CAREER ACADEMY**

## Admission Requirements and Procedures

### Minimum Student Qualifications
A student must meet the following minimum requirements to be considered for admission to TCA:

- At least 18 years old with proof of authorization to work in the United States.
- Speak fluent English
- Provide proof of high school graduation or a recognized equivalency
- Pass written mechanical aptitude, math and reading comprehension exams
- Have a valid driver's license
- Have no felony convictions
- Have no DUIs/DWIs within the past three (3) years
- Have reliable transportation
- Meet the physical ability requirements for the position

### Student Information Sessions
Student information sessions, typically lasting about one hour, are an opportunity for the applicant and his or her spouse to meet face-to-face with TCA representatives to find out all they want to know about the process of becoming a tankerman, as well as what it is like to work as a tankerman. Spouses are strongly encouraged to attend. Student Information Sessions are the first step in the application and enrollment process and will provide the necessary information to those interested in continuing to the next step in the process.

### Entrance Testing Requirements
As part of TCA's entrance requirements, applicants are required to complete written math, reading, and mechanical aptitude tests. Scores will determine an applicant's eligibility for continued consideration.

### Required Drug Screen
Students accepted for admission to TCA must pass a drug screen. Candidates must report for testing as soon as practical following the request to do so. Failure to report for testing when requested or a positive drug test result will eliminate the candidate from consideration.

### Enrollment Agreement
All students are required to sign a Student Enrollment Agreement that acknowledges the student's full understanding and agreement of the terms stated therein.

### Credit for Previous Education or Experience
Based on previous education or experience, a student may request credit for courses in the student's program of study by submitting a written request to the School Director at PO Box 3517, Baton Rouge, Louisiana 70821. Approval for previous education or experience will be granted at the school's discretion, in accordance with U.S. Coast Guard rules and regulations.

AM 0051


©2003 Petroleum Service Corporation

TANKERMAN CAREER ACADEMY

## Tuition and Fees

### Tuition
TCA tuition is $10,780. To be considered for an interview, TCA must first receive verifiable proof (a letter or notification of "pre-approval") from a lending institution that the applicant is capable of securing a loan sufficient to pay tuition in full. Applicants should understand that this process constitutes no financial obligation on their part. Upon receipt of the notification or letter of pre-approval, a TCA representative will contact the applicant to schedule an interview.

### Administrative Processing Fee
Each student must pay an administrative processing fee of $100 on the date the student accepts the offer to enroll in TCA, prior to beginning the Trial Enrollment period. This fee is non-refundable should the student choose to withdraw; however, it will be applied toward the cost of tuition for students who continue in the program.

### Withdrawal within the Announced Trial Enrollment Period
To withdraw from TCA within the Trial Enrollment period, a student must complete and submit a Withdrawal/Resignation Notification form (provided at orientation and also upon request) to the Director of TCA. This notification may be faxed, mailed or hand-delivered. Withdrawal within the Trial Enrollment period releases the student from any further financial obligation in regard to tuition; however, the student will not be refunded the $100 administrative processing fee.

### Withdrawal after the Announced Trial Enrollment Period
To withdraw from TCA after the Trial Enrollment period, a student must complete and submit a Withdrawal/Resignation Notification form (provided at orientation and also upon request) to the Director of TCA. Notification may be faxed, mailed or hand-delivered and must be received by 10 a.m., Monday thru Friday to be considered as received on that particular business day. Notification received after 10 a. m. will be considered delivered on the following business day.

If the student withdraws or is terminated after the Trial Enrollment period ends but before successful completion of the program, TCA will refund the student's tuition according to the following schedule:

| Days After Commencement | Percentage of Tuition Refunded |
|---|---|
| 10 – 14 Days | 90 % |
| 15 – 28 Days | 75% |
| 29 – 42 Days | 60% |
| 43 – 56 Days | 45% |
| 57 – 70 Days | 30% |
| 71 – 84 Days | 15% |
| 85 –105 Days | 0% |

AM 0052



**TANKERMAN CAREER ACADEMY**

Please refer to the "Enrollment Agreement" for terms and specifics regarding the Tankerman Career Academy refund policy.

AM 0053



**TANKERMAN CAREER ACADEMY**

### Financial Assistance

Qualified students may apply for a career loan with a lending institution that has already approved TCA, or they may apply through a lending institution of their choice. The lending institution, not the school, then determines (1) the eligibility of the student to receive financial assistance; (2) the amount of financial assistance available; and (3) the terms and conditions of the financial assistance.

AM 0054



. TANKERMAN CAREER ACADEMY

## Training Schedule

### Orientation
In preparation for the fieldwork portion of the Trial Enrollment period, newly enrolled students will first undergo PSC's New Employee Orientation, a local area Safety Council to obtain OSHA certification, and then complete PSC's Operational Orientation.

### Field Training – The Trial Enrollment Period
The field-training portion of the Trial Enrollment period lasts five (5) days and begins immediately following several days of orientation. During the trial, the student will follow an on-call schedule and perform all of the duties of a tankerman while under the direct supervision of a TCA instructor. The trial period allows the student to experience the responsibilities of the job first-hand so that he or she can make the most informed decision about continuing in the program. Students must decide whether they will continue in the program by the last day of the Trial Enrollment period.

### Field Training – After the Trial Enrollment Period
Field training continues after the Trial Enrollment ends. It consists primarily of hands-on barge transfer operations and related topics. Typically, field training will last from 90 to 120 days, with exceptions to this time frame being permissible in special circumstances.

Students will be paired with a PSC-designated tankerman instructor who will demonstrate the essential job skills and share knowledge necessary for the student to successfully complete the training program.

### Classroom Training
Classroom training will be conducted intermittently throughout Phases I-IV and will include the following components:

- PSC's Tankerman Operating Procedures and Standards (TOPS) course – typically administered in eight (8) one-day sessions
- Safety Intensive Training – eight (8) hours
- Quarterly Safety Meeting(s) – four (4) hours
- A two (2)-day, 16-hour Coast Guard-approved Tank Barge Firefighting course

TCA may, with the best interest of the student body in mind, alter the order, time, and/or duration of scheduled student events in order to best achieve the overall objectives of the program, provided doing so does not create undue hardships on the student body or delay the expected graduation date. Should such adjustments be necessary, the student body will be notified as far in advance as possible.

If TCA deems it necessary to alter any scheduled student event, the student's enrollment agreement with the school will remain in full force and effect, and the student will not be relieved of any of his or her obligations there under.

AM 0055


©2003 Petroleum Service Corporation

10

**TANKERMAN CAREER ACADEMY**

---

*Class Size*
Class sizes will be limited to 12 or fewer students in either our Louisiana or Texas training facilities. The classroom student/teacher ratio will not exceed 12 students per one instructor.

AM 0056



· TANKERMAN CAREER ACADEMY

## Subjects of Study

### Orientations

Orientations include PSC's New Employee Orientation, a Safety Council (OSHA) Orientation, and PSC's Operational Orientation. Each of these orientations addresses specific training requirements and information as follows:

>  PSC's New Employee Orientation
>
>  Safety Council (OSHA) Orientation:
>  > Hazard Communication, Hazardous Materials—General Awareness, Personal Protective Equipment, Respirator Usage, Trenching and Excavation, Fall Protection—Scaffolding and Ladders, Confined Space Work, Electrical Safety, Process Safety Management, Hearing Protection, Hand and Portable Powered Tools
>
>  PSC's Operational Orientation:
>  > Further Hazard Communication and Hazardous Material training, including safety information on $H_2S$, Carcinogens, Corrosives, PSC's Safety and Loss Prevention manual

### Field and Classroom Training

Field and classroom subjects include: Safety, Job Requirements, Cargo Classifications, Fire Safety, Cargo Information Sources, PPE, Cargo Hazards, Pollution Prevention, Barge Design and Equipment, Vessel and Cargo Documentation, Transfer Plans, Pre-Transfer Conferencing and Inspections, Connecting and Disconnecting, Barge Loading, Barge Discharging, Vapor Control, Liquefied Gas Loading, and Liquefied Gas Discharging.

The classroom portion of PSC's DL (Dangerous Liquid) and LG (Liquefied Gas) curriculum adheres to the standards outlined in 46 CFR, Part 13, Table 13.121 (f). Each course topic listed in Table 13.121(f) is thoroughly discussed in the appropriate segment(s) of the course. All of the DL and LG course segments are conducted in a classroom setting by experienced and qualified instructors.

It is the successful completion of this portion of the school that makes the student eligible to obtain a Merchant Mariner's Document with a Tankerman-PIC (Barge) DL and LG endorsement.

AM 0057

 ©2003 Petroleum Service Corporation

TANKERMAN CAREER ACADEMY

### Satisfactory Academic Progress

A student must make satisfactory academic progress towards completing the school. Satisfactory academic progress must be evidenced in the following areas:

### Job Performance Assessments (JPA's)

JPA's are designed to assess the student's current level of competency in the most important aspects of the job of tankerman on a per-job basis. They are administered by the student's designated trainer following each field training exercise and are scored either "Satisfactory," "Needs Improvement," or "Unsatisfactory." Formal evaluations of progress, based on JPA results, will be made after each 30-day phase of the training program.

A student will not be making satisfactory progress if at any time more than 20% of his or her total Job Performance Assessments are scored as "Unsatisfactory."

If a student, based on Job Performance Assessments, is not making satisfactory academic progress, the student, at the school's discretion, will be placed on probation for 30 days. If at the end of the probationary period the student is still making unsatisfactory progress, the student may be either continued on probation or terminated from the training program, depending upon the extent of the student's deficiencies.

### Safety Observations

Safety Observations are designed to produce an objective snapshot of an employee's safety performance on a particular job. Safety Observations are performed at random by PSC supervisors. A student will not be making satisfactory progress if two or more consecutive Safety Observations are scored unfavorably.

If a student, based on Safety Observations, is not making satisfactory academic progress, the student, at the school's discretion, will be placed on probation for 30 days. If, at the end of the probationary period the student is still making unsatisfactory progress, the student may be either continued on probation or terminated from the training program, depending upon the extent of the student's deficiencies.

### TOPS Scores

Each segment of the Tankerman Operating Procedures and Standards (TOPS) course is followed by a written examination. A student will not be making satisfactory progress if he or she is unable to score an 80% or greater cumulative score in PSC's TOPS course.

AM 0058

 ©2003 Petroleum Service Corporation

**TANKERMAN CAREER ACADEMY**

If a student, based on TOPS course cumulative scores, fails to meet the minimum requirement of an 80% cumulative score, the student, at the school's discretion, may be either placed on probation or terminated from the training program, depending upon the extent of the student's deficiencies.

AM 0059

TANKERMAN CAREER ACADEMY

## Compensation during Training

### Wages
During the school program-training period, the student will be paid $10.00 per hour "straight time" for each hour of instruction attended. For all instruction hours attended in excess of 40 hours per week, the student will be paid at one and a half times the straight time wage.

Upon graduation from the program and receipt of a MMD, provided the graduate is selected to continue as a tankerman employee with PSC, the graduate will be classified as a Level I Tankerman and will be eligible to receive the Level I Tankerman wage at the beginning of his/her next pay period.

### Holiday Pay
For any quarter hour worked within any of the 24-hour periods of the eight PSC-recognized holidays, tankermen will be paid double their normal hourly wage. Those holidays are: New Year's Day, Easter Sunday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Eve, and Christmas Day.

### Travel Expenses
Since field instruction occurs at various locations, students will be eligible for mileage compensation whenever using their own vehicle to report to the training site. Mileage to and from certain classroom or office training events may not be reimbursed.

The student may also be required to travel out of town for certain training. Whenever the student travels out of town and is required to stay overnight, he/she will be reimbursed for mileage and paid a per diem. Lodging for such events will be pre-arranged and paid for by PSC with no out-of-pocket expense to the student.

### Benefits
Students of the Tankerman Career Academy may qualify for many benefits as employees of Petroleum Service Corporation including:

- Direct deposit of payroll
- Credit union membership
- Group medical, dental, and life insurance
- 401K plan
- Disability insurance
- Vacations and holidays

AM 0060



©2004 Petroleum Service Corporation
Rev 1/04

. TANKERMAN CAREER ACADEMY

## Attendance and Graduation Requirements

### Attendance

Students must be available for training as predetermined by their schedule; arrive at the training-site on time and stay until dismissed; miss no training without a valid and verifiable excuse (e.g., an illness or illness of a close family member or the death of a close family member).

See PSC Employee Handbook, "Attendance and Punctuality."

### Graduation Requirements

- Students must successfully complete 600 total hours of training;
- Satisfy the Coast Guard's minimum transfer requirements;
- Complete all assigned field training exercises with a minimum of 80% of Job Performance Assessments (JPA's) scored "Satisfactory" or better
- Successfully complete the 16-hour Tank-Barge Firefighting portion of the school;
- Complete all TOPS course tests with a minimum score of 80%; and
- Complete the TOPS course with a minimum cumulative score of 80%.

### Maximum Time Frame for Program Completion

If the student, due to performance deficiencies, is unable to complete the program satisfactorily within the 90 to 120-day training time allotment, the student may be placed on probation or terminated from the program, at the TCA's discretion.

### Job Opportunities upon Graduation

Upon successful completion and graduation of the TCA training program, the graduate will be eligible to apply for employment with PSC. A student's eligibility for hire by PSC is based on his/her overall performance while in training and level of competency at the time of graduation.

**NOTE:** TCA is a non-profit school and the primary means by which PSC intends to increase its tankermen numbers. It is always the TCA's intention to create certificated tankerman that PSC can employ upon graduation. Even though the student must pay tuition, the student should also understand that the tuition only represents a fraction of the real investment PSC has made in the student in hopes of producing a viable PSC tankerman employee.

AM 0061



· **TANKERMAN CAREER ACADEMY**

## Credentials and Accreditation

### MMD (Merchant Mariner's Document)
The classroom portion of PSC's Dangerous Liquid and Liquefied Gas curriculum for "Tankerman-PIC (Barge)" students satisfies the DL and LG cargo course requirements as stated in 46 CFR, Part 13, Subpart C, Section 13.309 Eligibility Requirements: Cargo Course. Successful completion of this portion of the school is an essential component for eligibility for a Merchant Mariner's Document.

Upon successful graduation from the program, the student will be presented with a certificate of completion and a Letter of Service which is necessary in order to apply with the United States Coast Guard to obtain a Merchant Mariners Document endorsed: Tankerman-PIC (Barge), which permits them to serve as a Person In Charge of vessel transfer operations.

AM 0062



. TANKERMAN CAREER ACADEMY

### School Policies and Procedures

#### Administration Policies
Students of the PSC Tankerman Career Academy are also employees of Petroleum Service Corporation. As a result, each student must conduct himself or herself in accordance with the policies and procedures as stated in this catalog, in the student's Enrollment Agreement, the Employee Handbook, and the Drug and Alcohol Compliance Program Booklet.

#### Non-Discrimination
The school offers equal opportunities without distinction or discrimination because of race, religion, color, age, sex, sexual orientation, national origin, disability, gender, or any other protected status, in all of its programs of study and services.

#### Anti-Harassment
It is the policy of the TCA that sexual harassment or other types of harassment as defined in the Employee Handbook is unacceptable conduct that will not be tolerated. Each student must conduct himself or herself in accordance with the harassment policy in the Employee Handbook.

#### Advising
The student must receive academic, attendance, and/or financial aid advising from the school, as the school deems necessary in its discretion.

#### Conduct
Each student must conduct himself or herself in accordance with the school's rules, regulations, policies and procedures as stated in this catalog, in the student's Enrollment Agreement, the Employee Handbook, the Safety and Loss Prevention manual, and the Drug and Alcohol Compliance Program Booklet.

#### Disclaimer of Warranties
Except as expressly stated in the student's Enrollment Agreement or this catalog, there are no warranties, expressed or implied, by operation of law or otherwise, regarding or relating to any service or product furnished by the school to the student pursuant to or in connection with the student's Enrollment Agreement or this catalog. The school specifically disclaims all implied warranties of merchantability and fitness for any purpose.

#### Limitation of Liability
In no event will the student or the school be liable to the other party or any third party for any indirect, incidental, special, exemplary, consequential or punitive damages, regardless of the form of action (whether in contract, tort or otherwise) or even if the liable party has been advised of the possibility of such damages. In no event will the school's maximum liability to the student for all damages arising out of or in any way related to the student's Enrollment Agreement (including any amendments or addenda thereto) or this catalog or

AM 0063



**TANKERMAN CAREER ACADEMY**

the subject matter thereof exceed the lesser of: (a) the actual direct damages incurred by the student that were caused by the specific service or product provided by the school under the student's Enrollment Agreement that is the subject of the student's complaint; or (b) the amount of tuition, fees, and/or cost of any tools received by the school from or on behalf of the student for the specific service or product provided by the school under the student's Enrollment Agreement that directly caused such damage. Notwithstanding anything above to the contrary in this Limitation of Liability section, if any limitation or liability conflicts with the substantive law governing the student's Enrollment Agreement or this catalog, the substantive law with respect to such limitation will control.

The provisions of the student's Enrollment Agreement and this catalog allocate risks between the student and the school. The amount of tuition and fees and the cost of any tools purchased by the student from the school that the student was required to obtain for the program of study reflect this allocation of risk and the limitation of liability.

AM 0064

